```
MARK S. ARMIJO, Bar No. 152802
BRAGG & KULUVA
3090 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 913-4800
(714) 913-4816

Attorneys for Defendant
Regional Adjustment Bureau, Inc.
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 12 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| VALENTINO RABOTEAUX<br><br>    Plaintiff,<br><br>vs.<br><br>REGIONAL ADJUSTMENT BUREAU, INCORPORATED<br><br>    Defendant. | CASE NO. CV11 01345 JEM<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR PLAINTIFF'S F.R.C.P. RULE 41(a)(1)(A) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT REGIONAL ADJUSTMENT BUREAU |

After review of the Plaintiff VALENTINO RABOTEAUX'S ("Plaintiff" or "Raboteaux") Notice of Dismissal, etc., et al., and the recitals and Stipulation between Plaintiff and Defendant **REGIONAL ADJUSTMENT BUREAU** (hereinafter referred to as "RAB") and for

**GOOD CAUSE SHOWN,**

**IT IS HEREBY ORDERED:**

1. The Stipulation for Voluntary dismissal With Prejudice as entered into between Plaintiff and RAB is accepted by the Court;

//

//

//

1

WHEREFORE, this action is dismissed with prejudice against RAB.

IT IS SO ORDERED.

DATED: 5/12/2011

*John E. McDermott*

~~UNITED STATES DISTRICT COURT JUDGE~~

JOHN E. McDERMOTT
U.S. MAGISTRATE JUDGE

---

2

[PROPOSED] ORDER RE: STIPULATION FOR PLAINTIFF'S F.R.C.P. RULE 41(a)(1)(A) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT REGIONAL ADJUSTMENT BUREAU